UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN E. BARNETT,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:25-cv-01982-KES-EPG

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY BE REMANDED FOR FURTHER PROCEEDINGS

(Doc. 21)

On December 22, 2025, Plaintiff John E. Barnett filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability benefits pursuant to the Social Security Act. Doc. 1. Plaintiff filed his motion for summary judgment on May 29, 2026, and Commissioner filed an opposition on July 13, 2026. Docs. 13, 17. Plaintiff filed a reply on August 14, 2026. Doc. 20. On October 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that the decision of the Commissioner be remanded for further proceedings. Doc. 21. The parties were granted fourteen days from the date of service to file any objections to the findings and recommendations. *Id.* at 13. The parties were advised that a "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). The deadline has passed and no objections were filed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations filed October 1, 2026 (Doc. 21), are ADOPTED in full.
2. Plaintiff's motion for summary judgment (Doc. 13) is GRANTED
3. The final decision of the Commissioner of Social Security is REMANDED for further proceedings.
4. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff John E. Barnett, terminate any pending motions, and CLOSE this action.

IT IS SO ORDERED.

Dated: November 1, 2026

UNITED STATES DISTRICT JUDGE